# EXHIBIT B

| Attorney or Party without Attorney:<br>Angela C. Zambrano, Esq.<br>SIDLEY AUSTIN LLP<br>2021 McKinney Ave Suite 2000<br>Dallas, TX 75201<br>Telephone No:  214-981-3300 | | For Court Use Only |
|---|---|---|
| Attorney For:  Defendant | Ref. No. or File No.:<br>011456-14140 | |

Insert name of Court, and Judicial District and Branch Court:
In The United States District Court For The Eastern District Of Pennsylvania

Plaintiff: Core Communications, Inc., et al.
Defendant: AT&T Corp.

| PROOF OF SERVICE | Hearing Date:<br>11/04/22 | Time:<br>5:00pm | Dept/Div: | Case Number:<br>2:21-cv-02771-JDW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served: Telnyx LLC
   b. Person served: Stacey Laatsche, Intake Specialist, InCorp Services, Inc, Registered Agent , Caucasian , Female , Age: 45 , Hair: Blond , Height: 5'4" , Weight: 135

4. Address where the party was served: 901 S 2nd St Suite 201, Springfield, IL 62704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Oct 10 2022 (2) at: 02:57 PM

6. **Person Who Served Papers:**
   a. Rhonda Frerichs
   **b. FIRST LEGAL**
     3600 Lime Street, Suite 626
     RIVERSIDE, CA 92501
   c. (888) 599-5039

   **d. The Fee** for Service was:

7. I declare under penalty of perjury that the foregoing is true and correct.

10/17/2022
(Date)

(Signature)

PROOF OF
SERVICE

7778562
(358006)