# EXHIBIT C



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
+1 214 981 3300
+1 214 981 3400 FAX

+1 214 969 3519
DDAGGUBATI@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

November 16, 2022

**By Federal Express**

Telnyx LLC
c/o InCorp Services, Inc.
901 South 2nd Street, Suite 201
Springfield, IL 62704

311 W Superior Street, Suite 504
Chicago, IL 60654

   Re: *Core Communications, Inc. et al. v. AT&T Corp.*, Case 2:21-cv-02771-JDW
      (E.D. Pa.) – Subpoena to Produce Documents

To Whom It May Concern:

  We represent AT&T Corp. ("AT&T") in the above referenced action. On October 10, 2022, Telnyx LLC was served with the enclosed Subpoena to Produce Documents in a Civil Action (the "Subpoena"). The Subpoena was successfully served upon Telnyx LLC's registered agent in the manner described in the enclosed Affidavit of Service.

  The Subpoena required compliance by November 4, 2022. As of the date of this letter, Telnyx LLC has not responded to the Subpoena. Please let us know as soon as possible, and in all events by November 30, 2022, whether Telnyx LLC intends to comply with its obligations in responding to the Subpoena. AT&T reserves all of its rights, including seeking an order from the court directing compliance.

            Sincerely,

            */s/ Deepika R. Daggubati*
            _____
            Deepika R. Daggubati

Enclosures

Sidley Austin (TX) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.