# EXHIBIT D

# FedEx

March 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 390771739144

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | A.PETERSON | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | SPRINGFIELD, IL, |
| | | **Delivery date:** | Nov 18, 2022 10:55 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 390771739144 | **Ship Date:** | Nov 17, 2022 |
| | | **Weight:** | |

**Recipient:**

SPRINGFIELD, IL, US,

**Shipper:**

DALLAS, TX, US,

**Reference**   011456.14140.24955

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx