# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AT&T CORP., <br><br> Petitioner, <br><br> v. <br><br> TELNYX LLC, <br><br> Respondent. | **Case Number:** <br><br> **Judge:** <br><br> **Magistrate Judge:** |

## PETITIONER'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned attorney of record for Petitioner AT&T Corp. provides the following disclosure:

AT&T Corp., a New York corporation, is a wholly owned subsidiary of AT&T Inc., which is a publicly traded company. AT&T Inc. is an affiliate owning 5% or more of AT&T Corp.

Dated: March 22, 2023

Respectfully submitted,

  /s/ *Carla Morgan Branch*
Carla Morgan Branch (Bar No. 6331285)
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Angela C. Zambrano (*pro hac vice* application and appearance form forthcoming)
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300

Facsimile: (214) 981-3400

Justin A. Benson (*pro hac vice* application and appearance form forthcoming)
jbenson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8757
Facsimile: (202) 736-8711

*Attorneys for AT&T Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I filed the foregoing document using the CM/ECF system. I further certify that I mailed the foregoing document by U.S. Mail to the following non-CM/ECF participant: Telnyx LLC, c/o InCorp Services, Inc., 901 South 2nd Street, Suite 201, Springfield, IL 62704.

*/s/ Carla Morgan Branch*
Carla Morgan Branch
