# United States District Court
# Northern District of Illinois

In the Matter of

AT&T Corp.

v.

Telnyx LLC

District Judge Elaine E. Bucklo

Case No. 23-CV-1807

Designated Magistrate Judge
M. David Weisman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge John J. Tharp Jr.**

Date: Monday, March 27, 2023

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, March 27, 2023

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

    IOP 13(f)(1) - 28 USC § 455(b)(4) [party].

.................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: