UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

ATT Corp.
                Plaintiff,

v.                                        Case No.: 1:23−cv−01807
                                        Honorable Elaine E. Bucklo

Telnyx LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 3, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Respondent, Telnyx LLC to respond to petitioner's motion to transfer pursuant to Rule 45(f) [4] by 4/21/2023. Ruling set for 4/28/2023. The Court will issue a ruling by mail. Application to appear pro hac vice of Justin A. Benson [7] and Angela C. Zambrano [8] as counsel for Plaintiff ATT Corp. are granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.