U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: AT&T Corp. v. Telnyx LLC    Case Number: 1:23-cv-01807

An appearance is hereby filed by the undersigned as attorney for:
AT&T Corp., Petitioner

Attorney name (type or print): Angela C. Zambrano

Firm: Sidley Austin LLP

Street address: 2021 McKinney Ave., Ste. 2000

City/State/Zip: Dallas, TX 75201

Bar ID Number: 24003157 (Texas)    Telephone Number: 214-981-3405
(See item 3 in instructions)

Email Address: angela.zambrano@sidley.com

Are you acting as lead counsel in this case?    ☑ Yes    ☐ No

Are you acting as local counsel in this case?    ☐ Yes    ☑ No

Are you a member of the court's trial bar?    ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?    ☑ Yes    ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/ Angela C. Zambrano
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015