# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: AT&T Corp. v. Telnyx LLC        Case Number: 1:23-cv-01807

An appearance is hereby filed by the undersigned as attorney for:
AT&T Corp., Petitioner

Attorney name (type or print): Justin A. Benson

Firm: Sidley Austin LLP

Street address: 1501 K Street, N.W.

City/State/Zip: Washington, D.C. 20005

Bar ID Number: 1014527 (D.C.)        Telephone Number: 202-736-8757
(See item 3 in instructions)

Email Address: jbenson@sidley.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:   S/ Justin A. Benson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015