# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AT&T CORP., <br><br> Petitioner, <br><br> v. <br><br> TELNYX LLC, <br><br> Respondent. | Case No. 23-CV-01807 <br><br> Hon. Judge Elaine E. Bucklo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 26, 2023, at 9:45 A.M.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her stead, in Courtroom 2243, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **TELNYX LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION TO COMPEL AND TO TRANSFER.**

Dated: April 21, 2023

Respectfully submitted,

By: /s/ John C. Ellis
*One of Telnyx's Attorneys*

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 21, 2023**, a copy of the foregoing was filed with the Court using the Clerk of Court's CM/ECF system, which by its operation will send notice of this filing to all counsel of record.

/s/ John C. Ellis
*One of Telnyx's Attorneys*
