UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

ATT Corp.
                Plaintiff,

v.                                              Case No.: 1:23−cv−01807
                                              Honorable Elaine E. Bucklo

Telnyx LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Respondent's unopposed motion for extension of time to respond to Petitioner's motion to compel and to transfer [14] is granted to 5/5/2023. Ruling is reset before Honorable Elaine E. Bucklo on 5/12/2023 at 9:30 a.m. No appearance required on 4/26/2023. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.