# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AT&T CORP., <br><br> Petitioner, <br><br> v. <br><br> TELNYX LLC, <br><br> Respondent. | Case No. 23-CV-01807 <br><br> Hon. Elaine E. Bucklo |

### PETITIONER'S REQUEST TO WITHDRAW ITS MOTION TO COMPEL AND MOTION TO TRANSFER WITHOUT PREJUDICE

Petitioner AT&T Corp. ("AT&T"), by its attorneys, SIDLEY AUSTIN LLP, and for its Request to Withdraw Its Motion to Compel and Motion to Transfer Without Prejudice, states as follows:

1. On March 22, 2023, AT&T filed a motion seeking an order from this Court to compel Respondent Telnyx to produce documents in response to AT&T's subpoena issued by the United States District Court for the Eastern District of Pennsylvania (the "Subpoena") in *Core Communications, Inc., et al. v. AT&T Corp.*, No. 2:21-cv-02771-JDW (the "Underlying Litigation"). (Dkt. No. 1). AT&T concurrently filed a Motion to Transfer the Motion to Compel to the District Court for the Eastern District of Pennsylvania. (Dkt. No. 4).

2. Counsel for AT&T and counsel for Telnyx met and conferred regarding the Subpoena beginning on April 3, 2023.

3. Telnyx served partial responses to AT&T's Subpoena on April 7, 2023 and April 28, 2023, in connection with the meet and confer process.

4. AT&T and Telnyx have since resolved their dispute regarding Telnyx's noncompliance with the Subpoena. Accordingly, AT&T respectfully requests to withdraw the Motion to Compel and Motion to Transfer without prejudice.

Dated: May 5, 2023

Respectfully submitted,

  /s/ *Angela C. Zambrano*
Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Justin A. Benson (*pro hac vice*)
jbenson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8757
Facsimile: (202) 736-8711

Morgan Branch
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for AT&T Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023 I filed the foregoing document using the CM/ECF system, which will send notification of such filing to counsel of all parties.

                                              */s/ Angela C. Zambrano*
                                              Angela C. Zambrano