# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AT&T CORP., <br><br> Petitioner, <br><br> v. <br><br> TELNYX LLC, <br><br> Respondent. | Case No. 23-CV-01807 <br><br> Hon. Elaine E. Bucklo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, May 12, 2023 at 9:45 a.m. or as soon thereafter as counsel may be head, we shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 2243, Chicago, Illinois, and then and there shall present Petitioner AT&T Corp.'s Request to Withdraw Its Motion to Compel and Motion to Transfer Without Prejudice in the above-captioned case, at which time and place you may appear if you see fit.

Dated: May 8, 2023

> Respectfully submitted,
>
>   /s/ *Angela C. Zambrano*
> Angela C. Zambrano (*pro hac vice*)
> angela.zambrano@sidley.com
> SIDLEY AUSTIN LLP
> 2021 McKinney Ave., Suite 2000
> Dallas, TX 75201
> Telephone: (214) 981-3300
> Facsimile: (214) 981-3400
>
> Justin A. Benson (*pro hac vice*)
> jbenson@sidley.com

SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8757
Facsimile: (202) 736-8711

Morgan Branch
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for AT&T Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023 I filed the foregoing document using the CM/ECF system, which will send notification of such filing to counsel of all parties.

                                                 */s/ Angela C. Zambrano*
                                                 Angela C. Zambrano